UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 07-MJ-529 |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| DAVID EUGENE THOMPSON, JR., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).

Date of Detention Hearing:    December 17, 2007.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant has been previously convicted of a number of assaults, including felony domestic violence.

(2)    Defendant has been arrested on several occasions for unlawful possession of weapons.

(3)    Defendant has substantial anger management difficulties.  Even his

DETENTION ORDER                                                                                      15.13
18 U.S.C. § 3142(i)                                                                                  Rev. 1/91
PAGE 1

01    grandmother stated that he has an explosive temper, as does his father.

02    (4)    Defendant has had a hard time keeping a job, according to his State

03            Community Corrections Officer, in part due to his anger management

04            difficulties.  He has only worked about one week and one day since June 2007.

05    (5)    When defendant was arrested, according to the complaint, he was in possession

06            of eight firearms, including two assault rifles and a semiautomatic rifle with a

07            scope, ammunition and a switch-blade knife.

08    (6)    Defendant resides with his father, who, according to the complaint, stated that

09            if all the guns were seized from him, then the next day, he would go and get

10            some more.  He also stated that "if a police officer came to his house, he would

11            shoot them and shoot to kill."  His father also said "he would go to war with

12            the police if anything further happened."

13    (7)    Defendant was on state supervision when the federal charges were filed.

14    (8)    Defendant has eight prior failures to appear.

15    (9)    There appear to be no conditions or combination of conditions other than

16            detention that will reasonably address the risk of danger to the community.

17    IT IS THEREFORE ORDERED:

18    (1)    Defendant shall be detained and shall be committed to the custody of the

19            Attorney General for confinement in a correctional facility separate, to the

20            extent practicable, from persons awaiting or serving sentences or being held in

21            custody pending appeal;

22    (2)    Defendant shall be afforded reasonable opportunity for private consultation

23            with counsel;

24    (3)    On order of a court of the United States or on request of an attorney for the

25            government, the person in charge of the corrections facility in which defendant

26            is confined shall deliver the defendant to a United States Marshal for the

purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United

States Pretrial Services Officer.

DATED this 17th day of December, 2007.

_James P. Donohue_____

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER                                                                15.13
18 U.S.C. § 3142(i)                                                        Rev. 1/91
PAGE 3